Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

Clement Morris
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Mc GAhee Dr.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

FILED IN CLERKS OFFICE
2019 APR 16 PM 12:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Clement G Morris
Street Address: 4 Henry Sterling Square Apt 8925#
City and County: South Boston United State
State and Zip Code: Mass 02127
Telephone Number: 617-378-2124
E-mail Address: clemontgmorris@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

McGAhee 617-626-9610
Glory L Fox N/A number #
Dr. Wolfe 617-626-9520
Dan Cullinane 617-722-2020

Page 1 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name: Dr. McGAhee
Job or Title (if known): Sic ~~Doctor~~ Doctor
Street Address: 75 fenwood Rd., Boston, MA DAVIS
City and County: Mass, United States
State and Zip Code: mass, 02115
Telephone Number: 617-626-9610
E-mail Address (if known): NA

Defendant No. 2

Name: Dr. Wolfe
Job or Title (if known): Clince Nurse
Street Address: 75 fen wood Rd
City and County: Boston, MA, 02115
State and Zip Code: mass, United states 02115
Telephone Number: 617, 626-9520
E-mail Address (if known):

Defendant No. 3

Name: Dan ~~Cunninham~~ Cullinane
Job or Title (if known): State rep
Street Address: State house Room 527 A
City and County: Boston, united states
State and Zip Code: Boston, MA 02133
Telephone Number: 617, 762-2020
E-mail Address (if known):

Defendant No. 4

Name: Boston medical Emergency Depart
Job or Title (if known): Emergency Room
Street Address: Albany Street
City and County: Roxbury United States
State and Zip Code: mass 02118
Telephone Number: NA
E-mail Address (if known): NA

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s) Clement G.A Morris

    a. If the plaintiff is an individual
       The plaintiff, (name) Clement G morris , is a citizen of the State of (name) MASS, United States.

    b. If the plaintiff is a corporation
       The plaintiff (name) McGAhee , is incorporated under the laws of the State of (name) mass mental ,
       and has its principal place of business in the State of (name)
       ~~mathc appointment~~

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, (name) Mc GAhee , is a citizen of the State of (name) MASS Mental . Or is a citizen of (foreign nation) NA .

Page 3 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* **Dr Wolfe**, is incorporated under the laws of the State of *(name)* **Van Ken**, and has its principal place of business in the State of *(name)* **MASS Mental**. Or is incorporated under the laws of *(foreign nation)* **NA**, and has its principal place of business in *(name)* **NA**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$75,000**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. **denied**

**Neglect homicide. Neglegent homacide, Police Headquarters in Roxbury, Denide civil Right by saying sorry or he is crazy**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **unknown I can go out at any time A$SO impli. Impiled hate crime by calling me Nigger with moveing Lip to trow me off blance from Main Point Top III.**

Page 4 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-16-2019

Signature of Plaintiff: *Clement J Morris*
Printed Name of Plaintiff: Clement J Morris

### B. For Attorneys

Date of signing: 4-16-2019 Clement J Morris

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address